In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00183-CV


____________________



JOYCE K. TAYLOR, Appellant



V.



GREG TAYLOR, Appellee






On Appeal from the County Court at Law No. 2


Montgomery County, Texas


Trial Cause No. 08-22,747






MEMORANDUM OPINION


 The appellant, Joyce K. Taylor, filed a written notice that she no longer desires to
prosecute the appeal. We notified the parties that we would suspend the requirement of a
formal motion and treat the communication as a motion to dismiss the appeal. See Tex. R.
App. P. 2. A request to dismiss the appeal has been voluntarily made by the appellant prior
to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). No other party filed notice of
appeal. We dismiss the appeal. 

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered July 30, 2009


Before McKeithen, C.J., Kreger and Horton, JJ.